Registered No RE 110 664 360 US

# Certificate of acknowledgment of non-agreement

To: SPECIALIZED LOAN SERVICING LLC, AS
SERVICING AGENT FOR HSBC BANK
USA, NATIONAL ASSOCIATION, AS INDENTURE
TRUST 2005-2 CALLABLE MORTGAGE-BACKED NOTES, SERIES 2005-2

**RE: Loan Number 1014065731**

**RE: Bankruptcy CASE: 14-62321**



January 7, 2019

For the record(s) to show by judicial notice of adjudicative fact (s) with evidence I Angela-Lettice of the House of Foster of the family Jones in the capacity of ANGELA L JONES being the living flesh and blood flowing natural womb-of-man residing in Virginia have received an offer to remove my home from an "Automatic Stay" bankruptcy received by mail on 5 January 2019; and

For the record(s) to show by judicial notice of adjudicative fact(s) with evidence I: Angela-Lettice of the House of Foster of the family Jones do not agree to your offer making ANGELA L JONES the trustee to be liable for the taxes; and

For the record(s) to show by judicial notice of adjudicative fact(s) with evidence I am the true owner of the Deed not a tenant; and

For the record(s) to show by judicial notice of adjudicative fact with evidence of the certified copy of my recorded deed showing that I am the lawful owner of the property first-in-line is first-in time; and

For the record(s) to show by judicial notice of adjudicative fact with evidence that your company had a marketable title which has a flaw, which the owner can come back at any time and claim the land and property as I've already have done. See attachment from the Culpeper County Circuit Court Deeds office.

Enclosure(s)

Cc: John Goetz Law

## Certificate of acknowledgment of non-agreement

To: SPECIALIZED LOAN SERVICING LLC, AS
SERVICING AGENT FOR HSBC BANK
USA, NATIONAL ASSOCIATION, AS INDENTURE
TRUST 2005-2 CALLABLE MORTGAGE-BACKED NOTES, SERIES 2005-2

**RE: Loan Number 1014065731**

**RE: Bankruptcy CASE: 14-62321**

January 7, 2019

For the record(s) to show by judicial notice of adjudicative fact (s) with evidence I Angela-Lettice of the House of Foster of the family Jones in the capacity of ANGELA L JONES being the living flesh and blood flowing natural womb-of-man residing in Virginia have received an offer to remove my home from an "Automatic Stay" bankruptcy received by mail on 5 January 2019; and

For the record(s) to show by judicial notice of adjudicative fact(s) with evidence I: Angela-Lettice of the House of Foster of the family Jones do not agree to your offer making ANGELA L JONES the trustee to be liable for the taxes; and

For the record(s) to show by judicial notice of adjudicative fact(s) with evidence I am the true owner of the Deed not a tenant; and

For the record(s) to show by judicial notice of adjudicative fact with evidence of the certified copy of my recorded deed showing that I am the lawful owner of the property first-in-line is first-in time; and

For the record(s) to show by judicial notice of adjudicative fact with evidence that your company had a marketable title which has a flaw, which the owner can come back at any time and claim the land and property as I've already have done. See attachment from the Culpeper County Circuit Court Deeds office.

For the record(s) to show by judicial notice of adjudicative fact with evidence, I Angela-Lettice of the House of Foster of the family Jones will not forfeit my land or give up my home.

By my free will and deed by my hand and seal of acceptance

*By: Angela-Lettice: Jones*

: Angela-Lettice: Jones
Lawful Owner
All Rights Reserved
With Prejudice Recourse

NOTARY HAND OF SEAL

*Nathaniel M. Jasper Jr.*

JURIS

STATE OF VIRGINIA

COUNTY OF CULPEPER

On this 7th day of January 7, 2019 before me the subscriber, *Angela Lettice Jones* personally, appeared Angela Lettice; Jones, to me known to be the living flesh and blood flowing womb-of-man described in and who executed the forgoing instrument and acknowledgment before me that she executed the same as her free will act in deed.

*Attachment*

# COMMONWEALTH OF VIRGINIA



Culpeper Co., VA
Inst. No. 180006431

*Office of the*

## Secretary of the Commonwealth

I, Kelly Thomasson, Secretary of the Commonwealth, and as such, Keeper of the Great and

Lesser Seals, do hereby certify that Sylvia Renninger

whose name is signed to the within Certificate bearing the date of December 14, 2018

is and was at the time of signing same

Deputy Clerk of the Court, Commonwealth of Virginia;

and is authorized by the laws of this Commonwealth to make and sign such instrument and to all

official acts full faith, credit and authority are due and ought to be given.



Given under my hand and under the Great Seal of the
Commonwealth, at Richmond, on, December 20, 2018
and in the 243rd year of the Commonwealth.

*Kelly Thomasson*

Secretary of the Commonwealth

*This certification attests only to the authenticity of the signature of the official who signed the affixed document, the capacity in which that official acted, and where appropriate, the identity of the seal or stamp which the document bears. This certification is not intended to imply that the contents of the document are correct, nor that they have the approval of the Commonwealth of Virginia. This Greater Seal authentication is not valid for use anywhere within the United States of America or its territories.*

*(REV April 18, 2016)*

2922354

 

CONCEALMENT – REMOVAL –or- MUTILATION GENERALLY Title 18 U.S.C. § 2071 (a) and –or- (b) and SENTENCE –of Fine Title 42 U.S.C. § (b)(3) and –or- (c)(3) Judicial Notice of Adjudicative fact(s) with evidence;

December 2018

## CERITICATE OF ACCEPTANCE

By

Bouviers Dictionary 1856

To Record:

1. For the record(s) to show by judicial notice of adjudicative fact(s) with evidence, I Angela-Lettice of the House of Foster of the family Jones in the capacity of ANGELA L JONES the living flesh and blood flowing natural womb-of-man "Nationality at of 1940 of title 31 U.S.C. § 1321 and 1322" and "DREED SCOTT vs SANFORD "

2. For the record(s) to show by judicial notice of adjudicative fact(s) with evidence, I Angela-Lettice of the House of Foster of the family Jones, by my free will act and deed and recorded as the grantee on the Warranty (Grant) Deed for the real estate described on the attached certified copy of said deed; and

3. For the record(s) to show by judicial notice of adjudicative fact(s) with evidence, I Angela-Lettice of the House of Foster of the family Jones, by my free will act in deed to acknowledge my acceptance of the deed and the lawful ownership of the property under the terms of the deed. I ask that record(s) on file in the office of register of deed be updated to show my acceptance of this deed, be the lawful owner of the real estate also described in the attached certified copy of said deed

**RETURN:**
Angelea L Foster
P.O. Box 291
Culpeper, Virginia 22701

1

 

CONCEALMENT – REMOVAL –or– MUTILATION GENERALLY Title 18 U.S.C. § 2071 (a) and –or– (b) and SENTENCE –of Fine Title 42 U.S.C. § (b)(3) and –or– (c)(3) Judicial Notice of Adjudicative fact(s) with evidence;

Tax Map # 50F-4-1-20
Latitude: 38.451665
Longitude: -78.001230

By my free will at and deed by my hand and seal of acceptance

:*Angela-Lettice: Jones*

:Angela-Lettice: Jones
Lawful Owner
All Rights Reserved
With Prejudice Recourse

NOTARY HAND OF SEAL

_____

**JURIS**

STATE OF VIRGINIA

COUNTY OF CULPEPER

*[Notary Seal: NATHANIEL M. JASPER JR., NOTARY PUBLIC, REG. #340053, MY COMMISSION EXPIRES 1/31/2020, COMMONWEALTH OF VIRGINIA]*

On this __14th__ day of December 2018 before me the subscriber, *Angela Lattice Jones* personally appeared Angela Lettice; Jones, to me known to be the living flesh and blood flowing womb-of-man described in and who executed the forgoing instrument and acknowledgment before me that she executed the same as her free will act in deed.

*Nathaniel M Jasper Jr*
NOTARY

2.

COMMONWEALTH OF VIRGINIA

COUNTY OF CULPEPER,  TO WIT:

I, SYLVIA RENNINGER, Clerk of the Circuit Court of the County aforesaid, in the State of Virginia, do hereby certify that it appears of record in the Clerk's Office of said Court that NATHANIEL M. JASPER; JR., whose name is signed to the foregoing certificate of proof of acknowledgement under the date of DECEMBER 14th 2018, NATHANIEL M. JASPER; JR. is and was at the time of signing the same, a Notary Public for the said County, duly commissioned and qualified, and as such is authorized by the laws of such State to take acknowledgement to deeds for the conveyance of lands, tenements, hereditaments, etc., to be recorded in the State of Virginia; that I am well acquainted with the said Notary Public, and with his/her handwriting, and verily believe his/her signature aforesaid to be his/her genuine signature, and that all his acts as such Notary Public, are entitled to full faith and credit. I further certify that it is not required by the laws of Virginia that a facsimile or impression of the Notary's official seal be filed or recorded in said Clerk's Office.

Given under my hand and the seal of this Court this 14th day of DECEMBER, 20 18.

_Sylvia Renninger_, ~~Clerk~~ Deputy Clerk

050003546

VA 1827 PAGE 369

Consideration $359,990.00
Tax Map # 50F-4-2-20
Grantees Address
2110 Blue Spruce Drive
Culpeper, VA 22701
Prepared By:
Robert J. Strupp, Esquire
Return after Recording to:
Founders Title Agency, Inc.
3951 Pender Drive
Fairfax, VA 22030

**THIS DEED**, made this 28th day of March, 2005, by and between <u>K. Hovnanian Homes of Virginia, Inc.</u> **a Virginia Corporation, formerly known as Washington Homes, Inc. of Virginia,** hereinafter referred to as the Grantor(s); and **ANGELA L. JONES, unmarried,** hereinafter referred to as the Grantee(s).

WITNESSETH:

THAT for and in consideration of the sum of TEN AND 00/100 DOLLARS ($10.00), cash in hand paid, and other good and valuable considerations, the receipt and sufficiency of all of which being hereby acknowledged, the Grantor(s) does hereby grant, bargain, sell and convey, with SPECIAL WARRANTY OF TITLE, unto the Grantee(s) Angela L. Jones, unmarried, all that certain lot or parcel of land together with improvements thereon, situate, lying and being in the County of Culpeper, in the Commonwealth of Virginia, and more particularly described as follows:

Lot 20, HIGHPOINT OF CULPEPER, Phases 1 & 2, as the same appear duly dedicated, platted and recorded in the instrument Number 040000552, and in Plat Cabinet 8, Slides 102-105, among the land records of Culpeper County, Virginia.


TITLE SOLUTIONS, INC

This conveyance is made expressly subject to the easements, conditions, restrictions, and rights of way of record contained in the deeds forming the chain of title to said property.

WITNESS THE FOLLOWING SIGNATURE AND SEAL:

K. Hovnanian Homes of Virginia, Inc. a Virginia Corporation, formerly known as Washington Homes, Inc. of Virginia

By: _____ (SEAL)
Timothy M. Bates, Vice President

PAGE 370

STATE OF VIRGINIA
CITY/COUNTY OF Fairfax, to wit:

I, the undersigned Notary Public, do hereby certify that Timothy M. Bates, Vice President for K. Hovnanian Homes of Virginia, Inc. a Virginia Corporation, formerly known as Washington Homes, Inc. of Virginia, whose name is signed to the foregoing Deed, has acknowledged the same before me in the jurisdiction aforesaid.

Given under my hand and notarial seal this 28 day of March, 2005.

_____ (SEAL)
Notary Public
My Commission Expires: 10-31-08

File #

LISA T. M. MORRIS
PUBLIC
COMMONWEALTH
OF VIRGINIA
NOTARY PUBLIC
My Commission Expires
October 31, 2008

INSTRUMENT #050003546
RECORDED IN THE CLERK'S OFFICE OF
CULPEPER ON
MARCH 30, 2005 AT 03:02PM
$360.00 GRANTOR TAX WAS PAID AS
REQUIRED BY SEC 58.1-802 OF THE VA. CODE
STATE:      $180.00   LOCAL:      $180.00
PATRICIA M. PAYNE, CLERK

RECORDED BY: JLW

VIRGINIA, IN CULPEPER COUNTY CIRCUIT COURT CLERK'S OFFICE
I CERTIFY THAT THE DOCUMENT TO WHICH THIS AUTHENTICATION
IS AFFIXED IS A TRUE COPY OF A RECORD IN THE CULPEPER COUNTY
CIRCUIT COURT, THAT I HAVE CUSTODY OF SAID RECORD, AND THAT
I AM THE CUSTODIAN OF THAT RECORD.
GIVEN UNDER MY HAND AND THE SEAL OF THE COURT, THIS
_____ DAY OF November 2017
TESTE: JANICE J. CORBIN, CLERK
BY: _____ DEPUTY CLERK

```
INSTRUMENT 180006431
RECORDED IN THE CLERK'S OFFICE OF
CULPEPER CIRCUIT COURT ON
DECEMBER 26, 2018 AT 10:23 AM
JANICE J. CORBIN, CLERK
RECORDED BY: SBM
```