**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF VIRGINIA**
**Lynchburg (Charlottesville) Division**

| | |
|---|---|
| In re:     Angela L. Jones | Case No. 14-62321 |
|           Debtor(s) | Chapter 13 |

**NOTICE OF HEARING ON DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE**

The above-named Debtor has filed a Motion to voluntarily dismiss her Chapter 13 bankruptcy case.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney if you have one.**

**NOTICE IS HEREBY GIVEN that a hearing to consider and act upon said matter will be held at:** Judge Connelly's Courtroom, 255 W. Main Street, Room 200, Charlottesville, VA 22902

Date: **June 13, 2019**
Time: **9:30 a.m.**

Respectfully submitted,

/s/ John P. Goetz
John P. Goetz, VSB # 78514
James M. McMinn VSB #84728
John Goetz Law, PLC
86 West Shirley Avenue
Warrenton, VA 20186
T: (540) 359-6605
F: (540) 359-6610
docs@johngoetzlaw.com
*Counsel for the Debtor*

# UNITED STATES BANKRUPTCY COURT
## WESTERN DISTRICT OF VIRGINIA
### Lynchburg (Charlottesville) Division

| | |
|---|---|
| In re:       Angela L. Jones | Case No. 14-62321 |
|              Debtor(s) | Chapter 13 |

## DEBTOR'S MOTION TO DISMISS CHAPTER 13 CASE

Comes now the Debtor, Angela L. Jones, by counsel, pursuant to 11 U.S.C. § 1307(b), and she hereby voluntarily moves this Honorable Court to dismiss her Chapter 13 case, without prejudice. In support thereof, the Debtor states as follows:

1. The Debtor filed a petition for relief under Chapter 13 of the Bankruptcy Code on November 26, 2014.

2. This case was originally filed under Chapter 13 and has not previously been converted to a case under 11 U.S.C. §§ 706, 1112, or 1208.

3. The Debtor has an absolute right to dismiss her case at any time without cause. 11 U.S.C. § 1307(b)

Wherefore, the Debtor prays that this Honorable Court dismiss her Chapter 13 case.

Dated: May 10, 2019                   By:   /s/ John P. Goetz
                                            John P. Goetz, VSB # 78514
                                            John Goetz Law, PLC
                                            86 West Shirley Avenue
                                            Warrenton, Virginia 20186
                                            Phone: (540) 359-6605
                                            Facsimile: (540) 359-6610
                                            *Counsel for the Debtor*

## CERTIFICATE OF SERVICE

I hereby certify that on this 10th day of May 2019, a true copy of the foregoing Notice and Motion was mailed to or electronically served via electronic case filing to the Chapter 13 Trustee and to all creditors and parties in interest at the following addresses:

ANGELA L. JONES                          ALLY FINANCIAL
2110 BLUE SPRUCE DRIVE                   200 RENAISSANCE CTR.
CULPEPER, VA 22701                       DETROIT, MI 48243

| | |
|---|---|
| AMERICAN COLLECTIONS ENTERPRISE<br>205 S WHITING ST., STE. 500<br>ALEXANDRIA, VA 22304 | INTERNAL REVENUE SERVICE<br>P.O. BOX 7346<br>PHILADELPHIA, PA 19101-7346 |
| BERGER AND BURROW ENTERPRISES<br>5700 W. GRACE STREET, STE. 100<br>RICHMOND, VA 23226-3611 | LESCOLL<br>P.O. BOX 2182<br>MILWAUKEE, WI 53201 |
| CHARLOTTESVILLE BUREAU<br>3690 DOBLEANN DR.<br>CHARLOTTESVILLE, VA 22911 | NAVIENT<br>P.O. BOX 9500<br>WILKES BARRE, PA 18773 |
| CHASE HOME MORTGAGE<br>P.O. BOX 24696<br>COLUMBUS, OH 43224 | NORTH AMERICAN CREDIT SERVICES<br>2810 WALKER RD.<br>CHATTANOOGA, TN 37421 |
| CITY NAT'L BANK/OCWEN LOAN SERVICING<br>ATTN: BANKRUPTCY<br>WEST PALM BEACH, FL 33416 | PRINCE WILLIAM AMBUL. SURGERY CENTER<br>C/O LEWIS J. DOUGLAS, ESQ.<br>MANASSAS, VA 20109 |
| COMENITY BANK/LANE BRYANT<br>4590 E BROAD ST.<br>COLUMBUS, OH 43213 | PROFESSIONAL ACCOUNT MGMT., INC.<br>P.O. BOX 391<br>MILWAUKEE, WI 53201 |
| CREDIT CONTROL CORP.<br>11821 ROCK LANDING DR.<br>NEWPORT NEWS, VA 23606 | SCHEWEL FURNITURE<br>15291 CREATIVITY DR.<br>CULPEPER, VA 22701 |
| CULPEPER COUNTY TREASURER<br>P.O. BOX 1447<br>CULPEPER, VA 22701-6447 | SYNCHRONY BANK/LOWES<br>4125 WINDWARD PLAZA<br>ALPHARETTA, GA 30005 |
| DEPT. OF EDUCATION/NAVIENT<br>P.O. BOX 9635<br>WILKES BARRE, PA 18773 | TOWN OF CULPEPER<br>400 SOUTH MAIN STREET, SUITE 109<br>CULPEPER, VA 22701 |
| ENHANCED RECOVERY CORP.<br>8014 BAYBERRY RD.<br>JACKSONVILLE, FL 32256 | VIRGINIA DEPARTMENT OF TAXATION<br>P.O. BOX 2369<br>RICHMOND, VA 23218-2369 |
| FHI SERVICES<br>C/O POWELL L. DUGGAN, ESQ.<br>31 WINCHESTER ST<br>WARRENTON, VA 20186 | WELLS FARGO BANK<br>P.O. BOX 5058 MAC P6053-021<br>PORTLAND, OR 97208 |
| HIGHPOINT OF CULPEPER HOA, INC.<br>C/O CHADWICK WASHINGTON<br>FAIRFAX, VA 22030 | WESTERN FEDERAL CREDIT UNION<br>P.O. BOX 10018<br>MANHATTAN BEACH, CA 9026 |

/s/ John P. Goetz
John P. Goetz, VSB #78514